IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEREMY ANTHONY JONES,
        Plaintiff,
    v.                                  **Judgment in a Civil Case**
DR. RICHARD BROADWELL,
DR. WALLACE, KEITH HULL,
FAYE DANIELS, and JAMES H. CLARE,
        Defendants.                  Case Number: 5:10-CT-3223-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of motion for summary judgment filed by defendant James H. Clare, and motion for summary judgment filed by defendants Faye Daniels and Keith Hull.

With defendants Richard Broadwell and Dr. Wallace having been dismissed earlier, **IT IS ORDERED AND ADJUDGED** that said defendants' respective motions for summary judgment are granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on March 25, 2015, with service on:</u>
Jeremy Anthony Jones  0516957  (via U.S. Mail)
Johnston Correctional Institution
2465 U.S. 70 West
Smithfield, NC 27577

Kari R. Johnson (via CM/ECF Notice of Electronic Filing)
N. C. Dept. of Justice
114 West Edenton St., 9001 Mail Service Center
P. O. Box 629
Raleigh, NC 27602-0629

Kenneth L. Jones (via CM/ECF Notice of Electronic Filing)
Carruthers & Roth, PA
P. O. Box 540
Greensboro, NC 27402


   March 25, 2015                                        /s/ Julie Richards Johnston
                                                              Clerk

Raleigh, North Carolina